UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GREEN,
                Plaintiff,

-vs-                                            Case No. 6:07-cv-460-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

REPORT AND RECOMMENDATION

TO THE DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S PETITION FOR ATTORNEY FEES (Doc. No. 19) |
| FILED: | January 31, 2008 |
| THEREON it is **ORDERED** that the motion is **GRANTED**. | |

On December 7, 2007, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 16,18. Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Plaintiff requests attorneys' fees in the amount of $4,399.19, calculated at the rate of $167.27 per hour for the combined hours of 26.3 (totaling $4,399.19)[1] of work in 2007. The Plaintiff complied with Rule

---

[1] Richard A. Culbertson worked 9.0 hours in 2007 and Thomas S. Rice worked 17.3 hours in 2007, totaling 26.3 hours.