UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD H. GREEN,

Plaintiff,

-vs-                                                          Case No. 6:07-cv-460-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | RICHARD A. CULBERTSON'S PETITION FOR AUTHORIZATION TO CHARGE A REASONABLE FEE AND MEMORANDUM ON REASONABLE FEES PURSUANT TO 42 U.S.C. § 406(b). (Doc. No. 24) |
| FILED: | April 17, 2009 |
| THEREON it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part and that counsel be directed to reimburse Plaintiff for EAJA fees. | |

I.  BACKGROUND

On March 5, 2007, Plaintiff and his counsel entered into a contingency fee agreement whereby Plaintiff agreed to pay counsel a fee of twenty-five percent of the total amount of past-due benefits ultimately awarded. Doc. No. 24-2. On December 7, 2007, a judgment was entered reversing and remanding this case to the Commissioner of Social Security for further

1