UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD H. GREEN,**
               Plaintiff,

-vs-                                                           Case No. **6:07-cv-460-Orl-18GJK**

**COMMISSIONER OF SOCIAL SECURITY,**
               Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on the August 2, 2010 Judgment Issued as Mandate on September 27, 2010 by the Eleventh Circuit Court of Appeal (Doc. No. 36). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and **CONFIRMED** and made a part of this Order. Mr. Culbertson is hereby authorized to charge and collect from Plaintiff the sum of $1,778.32. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ____ day of October, 2010.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record